Commonwealth *v.* Hales, Appellant.

Submitted December 16, 1975. *Ernest Kardas,* Assistant Public Defender, and *Kenneth P. Barrow,* Public Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Handy, Appellant.

Submitted September 8, 1975. *Thomas R. Wilson,* Assistant Public Defender, and *John R. Merrick,* Public Defender, for appellant; *Vincent M. Dadamo* and *Timothy H. Knauer,* Assistant District Attorneys, and *William H. Lamb,* District Attorney, for Commonwealth, appellee.

Order affirmed.